ANN DIAZ *v.* HOUSING AUTHORITY OF THE CITY OF
STAMFORD ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 56 Conn. App. 913 (AC 19214),
is granted, limited to the following issue:

"Whether an employee's discharge for not returning
to work, while claiming she was unable to do so because
of a compensable injury within two days of her dis-
charge, constitutes a prima facie violation of General
Statutes § 31-290a, requiring the employer to show a
legitimate, nondiscriminatory reason for the discharge
pursuant to *Ford* v. *Blue Cross & Blue Shield of Con-
necticut, Inc.*, 216 Conn. 40, 578 A.2d 1054 (1990)?"

The Supreme Court docket number is SC 16324.

*Gregory F. Lisowski,* in support of the petition.

Decided June 19, 2000

BEN GYADU *v.* HARTFORD INSURANCE
COMPANY ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 56 Conn. App. 911 (AC 19626),
is denied.

MCDONALD, C. J., and SULLIVAN and VERTEFEU-
ILLE, Js., did not participate in the consideration or
decision of this petition.

*Ben Gyadu,* pro se, in support of the petition.

Decided June 19, 2000